68

428 A.2d 974
**COMMONWEALTH of Pennsylvania,**

v.

**Jesus Cintron TORRES, Appellant.**

Supreme Court of Pennsylvania.

Argued April 22, 1981.

Decided May 5, 1981.

J. Richard Gray, Lancaster, for appellant.

Joseph C. Madenspacher, Asst. Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Lancaster County is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.